JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RAHSHEE JONES,<br><br>           Plaintiff,<br><br>     v.<br><br>PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>           Defendant. | Case No. 2:25-cv-05706 CBM (MBKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE [24]**<br><br>Judge:   Hon. Consuelo B. Marshall<br><br>Complaint Filed: June 23, 2025 |

     Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

     IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

     **IT IS SO ORDERED.**

Dated:   May 18   , 2026

_Signature_
Hon. Consuelo B. Marshall
United States District Judge

1